SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Linson Fay Molina, et al,<br><br>          Defendants | Case No. **2:10-cv-01134-LKK-DAD**<br><br>**PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE and ORDER**<br><br>Status (Pretrial Scheduling) Conference: July 12, 2010<br>3:00 pm courtroom 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date of the Status (Pretrial Scheduling) Conference from July 12, 2010 to August 23, 2010.  Plaintiff filed a First Amended Complaint on June 11, 2010, due to the fact that Plaintiff's initial complaint had an error concerning the Defendants trust.  As of today's date, the Defendants have

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE STATUS (PRETRIAL SCHEDULING)

CONFERENCE and *proposed order*

CIV: S-10-cv-01134-LKK-DAD - 1

not been served.  A continuance to August 23, 2010 for the Status (Pretrial Scheduling) Conference will give the Plaintiff's process server ample time to serve Defendants and will give Defendants ample time to answer Plaintiff's complaint.

Dated:  June 14, 2010             /s/Scott N. Johnson _____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the Status (Pretrial Scheduling) Conference continued from July 12, 2010 to September 7, 2010 at 1:30 p.m.

Date:  June 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE STATUS (PRETRIAL SCHEDULING)

CONFERENCE and *proposed order*

CIV: S-10-cv-01134-LKK-DAD - 2